No. 18, Original. ILLINOIS *v*. MISSOURI. State of Illinois directed to file reply to response within 30 days. *William G. Clark,* Attorney General of Illinois, *Richard A. Michael,* Assistant Attorney General, and *Terence F. MacCarthy,* Special Assistant Attorney General, for plaintiff. *Norman H. Anderson,* Attorney General of Missouri, and *J. Gordon Siddens* and *Howard L. McFadden,* Assistant Attorneys General, for defendant. [For earlier order herein, see 379 U. S. 952.]

No. 17. CALHOON, PRESIDENT, OR PETERS, SECRETARY-TREASURER OF DISTRICT No. 1, NATIONAL MARINE ENGINEERS' BENEFICIAL ASSOCIATION, AFL–CIO *v*. HARVEY ET AL. (379 U. S. 134, rehearing denied, 379 U. S. 984.) Motion of respondents to retax costs denied. *Burton H. Hall* on the motion. *David Scribner* for petitioner, in opposition.

No. 63. COMMISSIONER OF INTERNAL REVENUE *v*. BROWN ET AL. C. A. 9th Cir. (Certiorari granted, 377 U. S. 962.) Motion of Dana Latham for leave to participate in oral argument, as counsel for *amici curiae,* denied. *Dana Latham* on the motion.

No. 237. COMMISSIONER OF INTERNAL REVENUE *v*. MERRITT ET AL. C. A. 4th Cir. (Certiorari granted, 379 U. S. 886.) Motion of respondents to enlarge time for oral argument granted and 30 additional minutes allotted for that purpose. *John Y. Merrell* on the motion.